| | |
|---|---|
| 1 | LAW OFFICES OF PATRICA A. SAVAGE |
| | PATRICIA A. SAVAGE (SBN 236235) |
| 2 | 1550 Humboldt Road, Suite 4 |
| | Chico, CA  95926 |
| 3 | Telephone:    (530) 809-1851 |
| | Email: psavesq@gmail.com |
| 4 | |
| | Attorney for Plaintiff |
| 5 | JILL WASCHE |
| 6 | JACKSON LEWIS P.C. |
| | DALE R. KUYKENDALL (SBN 148833) |
| 7 | SIERRA VIERRA (SBN 307874) |
| | 400 Capitol Mall, Suite 1600 |
| 8 | Sacramento, California 95814 |
| | Telephone:    (916) 341-0404 |
| 9 | Facsimile:    (916) 341-0141 |
| | Email: kuykendd@jacksonlewis.com |
| 10 |         sierra.vierra@jacksonlewis.com |
| 11 | Attorneys for Defendant |
| | ORCHARD HOSPITAL |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL WASCHE, | No. 2:18-cv-02246-JAM-DB |
| Plaintiff, | **STIPULATED RULE 502(d) ORDER** |
| v. | |
| ORCHARD HOSPITAL and DOES 1 - 50, inclusive, | |
| Defendants. | |

The production of privileged or work-product protected documents, electronically stored information ("ESI"), or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding.  This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI, or information (including metadata) for relevance, responsiveness, and/or segregation of privileged and/or protected information before production.

*///*

1

**IT IS SO STIPULATED.**

Dated: October 16, 2018      LAW OFFICES OF PATRICIA A. SAVAGE

By: */s/ Patricia A. Savage* *(as authorized on 10.16.18)*
  PATRICIA A. SAVAGE

Attorneys for Plaintiff
JILL WASCHE

Dated: October 16, 2018      JACKSON LEWIS P.C.

By: */s/ Sierra Vierra*
  DALE R. KUYKENDALL
  SIERRA VIERRA

Attorneys for Defendant
ORCHARD HOSPITAL

**ORDER**

**IT IS SO ORDERED.**

Dated: October 17, 2018

_[signature]_
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\wasche2246.priv.stip.ord