| | |
|---|---|
| 1 | PATRICIA A. SAVAGE, (SBN 236235) |
| 2 | **LAW OFFICES OF PATRICIA A. SAVAGE** |
|   | 1550 Humboldt Road, Suite 4 |
| 3 | Chico, CA 95928 |
|   | Phone (530) 809-1851 |
| 4 | Fax (530) 592-3865 |
|   | Email: psavesq@gmail.com |
| 5 | |
|   | Attorney for PLAINTIFF, |
| 6 | JILL WASCHE |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL WASCHE, | Case No. 2:18-CV-02246-JAM-DB |
| PLAINTIFF, | **STIPULATION TO EXTEND EXPERT DISCLOSURE DATES AND ORDER** |
| V. | |
| ORCHARD HOSPITAL, and DOES, 1-50, inclusive | |
| DEFENDANTS. | |

## I.

## INTRODUCTION

The parties, Plaintiff Jill Wasche ("Wasche") and Defendant Orchard Hospital ("Orchard") through their respective attorneys of record, hereby jointly stipulate to a 14-day extension of the currently scheduled expert disclosure deadline as set forth below.

## 11.

## GROUNDS FOR RELIEF

Pursuant to Rule 16, a party may seek modification of a scheduling order, including modification of a discovery cut-off date, "only for good cause and with a judge's consent." Fed. R. Civ. P. 16(b)(4). "Good cause" exists when a scheduling deadline cannot reasonably be met despite the diligence of the party seeking the extension. Schaffner v. Crown Equipment

1

STIPULATION TO EXTEND EXPERT DISCLOSURE DATES AND [PROPOSED] ORDER

Corporation, No. C 09-00284 SBA, 2011 WL 6303408, at *2 (N.D. Cal. Dec. 16, 2011) (citing Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992). A party may establish good cause by showing

> (1) that [he or she] was diligent in assisting the court in creating a workable Rule 16 order; (2) that [his or her] noncompliance with a Rule 16 deadline occurred or will occur, notwithstanding [his or her] diligent efforts to comply, because of the development of matters which could not have been reasonably foreseen or anticipated at the time of the Rule 16 scheduling conference; and (3) that [he or she] was diligent in seeking amendment of the Rule 16 order, once it became apparent that he or she could not comply with the order.

Hood v. Hartford Life & Accident Ins. Co., 567 F.Supp.2d 1221, 1224 (E.D. Cal. 2008) (citation omitted).

The current deadline to complete all expert disclosure is May 10, 2019. The parties stipulate and agree to extend all expert disclosure deadlines inclusive of the time to provide supplemental disclosures and rebuttals because additional time is needed to adequately and fairly complete the discovery process. The parties are currently and diligently negotiating to resolve various scheduling issues in terms of party and witness deposition to complete non-expert discovery in the most efficient manner possible.

Extending the expert disclosure deadline pursuant to this stipulation will allow the parties an opportunity to negotiate informally to complete the discovery process without further involvement of the court.

The parties make this request to extend the discovery cut-off date after ultimately concluding that avoiding this request is not feasible.

//

//

//

2

STIPULATION TO EXTEND EXPERT DISCLOSURE DATES AND [PROPOSED] ORDER

AND, THE PARTIES STIPULATE AND AGREE TO THE FOLLOWING:

1. To extend the expert disclosure deadline 14 days, to May 24, 2019.
2. To extend the supplemental and rebuttal expert disclosure deadline 14 days to June 7, 2019.

**SO STIPULATED.**

Dated: May 10, 2019    LAW OFFICES OF PATRICIA A. SAVAGE

/s/ Patricia A. Savage

Patricia A. Savage
Attorney for Plaintiff
Jill Wasche

Dated: May 10, 2019    JACKSON LEWIS P.C

/s/ Dale R. Kuykendall *(as authorized on May 10, 2019)*

Dale R. Kuykendall
Sierra Vierra
Attorneys for Defendant
Orchard Hospital

## **ORDER**

Good cause appearing therefore, the Court extends the expert disclosure deadlines as follows:

1. The expert disclosure deadline is extended 14 days until May 24, 2019;
2. The supplemental and rebuttal expert disclosure deadline is extended 14 days until June 7, 2019.

IT IS SO ORDERED.

Dated : 5/10/2019    /s/ John A. Mendez_____

U. S. DISTRICT COURT  JUDGE

4821-2101-8006, v. 1