PATRICIA A. SAVAGE (SBN 236235)
**LAW OFFICES OF PATRICA A. SAVAGE**
1550 Humboldt Road, Suite 4
Chico, CA 95928
Telephone:     (530) 809-1851
Facsimile:      (530) 592-3865
Email: psavesq@gmail.com

Attorney for Plaintiff,
JILL WASCHE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL WASCHE,<br><br>            Plaintiff,<br><br>    v.<br><br>ORCHARD HOSPITAL and DOES 1-50, inclusive,<br><br>            Defendants. | **Case No. 2:18-cv-02246-MCE-DB**<br><br>**ORDER: (1) EXTENDING THE TIME IN WHICH THE PARTIES MUST FILE DISPOSITIONAL PAPERS OR ALTERNATIVELY A STATUS REPORT WITHIN 120 DAYS; AND**<br>**(2) ENTERING AN ORDER STAYING ALL DEADLINES IN THIS MATTER FOR 120 DAYS PENDING THE FILING OF A JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE.** |

Having reviewed Plaintiff's Notice of Settlement (ECF No. 25) and request that the deadline for filing dispositional documents be extended, and good cause appearing, it is hereby ORDERED that the time in which the parties must file such papers, or alternatively file a status report, is hereby extended 120 days; and all deadlines in this matter are also stayed pending the filing of joint stipulation for dismissal with prejudice.

IT IS SO ORDERED.

Dated:  January 14, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1

ORDER

ORDER

2